UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 15-000104 TEH |
| Plaintiff, ) | |
| v. ) | **[PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR MOTION TO COMPEL DISCOVERY** |
| GERARDO ANTONIO RODRIGUEZ-AVILA, ) a\k\a Gerardo Antonio Rodriguez, ) | |
| Defendant. ) | |

The Court HEREBY ORDERS that the government's Opposition to the Motion to Compel Discovery is due April 30, 2015, and the defendant's Reply in Support of the Motion to Compel Discovery is due May 4, 2015.  The Hearing on the Motion to Compel Discovery remains set for May 11, 2015 at 10:00 a.m.

**IT IS SO ORDERED**


DATED:_04/27/15_____            _____
                                     THELTON E. HENDERSON
                                     UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE
FOR MOTION TO COMPEL DISCOVERY
CR 15-00104 TEH