UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GERARDO RODRIGUEZ-AVILA,<br><br>　　　　Defendant. | Case No. 15-cr-00104-TEH-1<br><br>**ORDER DENYING MOTION FOR REDUCTION OF SENTENCE** |

Defendant Gerardo Rodriguez-Avila filed a motion, ECF No. 39, requesting a reduction in his sentence based on Amendment 782 to the Sentencing Guidelines. The Office of the Federal Public Defender filed a notice of non-intervention stating that it had "reviewed Defendant's motion and has nothing to add to his request. Consequently, we are not presently seeking appointment in this matter and will not seek to intervene." ECF No. 42. The government filed an opposition, ECF No. 40, stating that Defendant is ineligible for a sentence reduction because his original sentence already considered Amendment 782, which went into effect on November 1, 2014 – before the Defendant was charged and well before his sentencing.

The Court's review of the record confirms the government's observations. Defendant's sentence already incorporated Amendment 782; therefore, no reduction is warranted. Moreover, Defendant was sentenced to the mandatory statutory minimum of 60 months. Accordingly, Defendant's motion to reduce his sentence is hereby DENIED.

**IT IS SO ORDERED.**

Dated:  02/04/16

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　THELTON E. HENDERSON
　　　　　　　　　　　　　　　　　　　　United States District Judge